IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELISA DIAZ | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-671 |
| CITY OF PHILADELPHIA | : | |

**O R D E R**

**AND NOW,** this  25th  day of  June , 2013, upon consideration of Plaintiff Elisa Diaz's Motion for Reconsideration (ECF No. 41) and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**